UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DAWN M. WARREN, <br> (Social Security No. XXX-XX-2989), <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER <br> OF SOCIAL SECURITY, <br><br> Defendant. | 3:09-cv-17-WGH-DFH |

## FINAL JUDGMENT ENTRY

This case is **REMANDED** for further proceedings consistent with the Memorandum Decision and Order entered this date.

**ENTERED:** September 18, 2009

Laura Briggs, Clerk
U.S. District Court

_____
  By:  Deputy Clerk

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

John Ryan Worman
WOODS & WOODS, LLP
jworman@woodslawyers.com